1  DEAN M. GLOSTER, State Bar No. 109313
   MARK D. PETERSEN, State Bar No. 111956
2  KELLY A. WOODRUFF, State Bar No. 160235
   FARELLA BRAUN + MARTEL, LLP
3  235 Montgomery Street, 17th Floor
   San Francisco, CA 94014
4  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
5  dgloster@fbm.com
   mpetersen@fbm.com
6  kwoodruff@fbm.com

7  Counsel for Defendants Scott Salyer, individually and as
   Trustee of the Scott Salyer Revocable Trust, SKPM
8  Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone
   Ranch Corporation, Monterey Peninsula Farms, CSSS,
9  LP, SKF Aviation, LLC, Salyer Management Company,
   LLC, SK Farms Services, LLC, SK Frozen Foods, LLC,
10 SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC,
   SSC Farms II, LLC and SSC Farms III, LLC

11                 UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13                    SACRAMENTO DIVISION

14

15 | In re:

16 | SK Foods, L.P.,  a California limited
   | partnership, *et al.*,

17

18 |               Debtors.                        | Civ. No. S-11-1839 LKK

19 | BRADLEY SHARP, Chapter 11 Trustee,

20 |               Plaintiff,                       | Bankruptcy Adv. Proc. No.  10-02017

21 | v.

22 | FRED SAYLER IRREVOCABLE
   | TRUST, *et al*.,

23

24 |               Defendants.

25 |    *[Caption continued on next pages]*

26

27

28

Substitution of Counsel and  Order Thereon
27019\2757743.1

| | |
|---|---|
| In re:<br><br>SK Foods, L.P.,  a California limited partnership, *et al.*,<br><br>           Debtors.<br><br>BRADLEY SHARP, Chapter 11 Trustee,<br><br>           Plaintiff,<br><br>v.<br><br>SKF AVIATION, LLC, *et al*.,<br><br>           Defendants. | Civ. No. S-11-1840 LKK<br><br><br>Bankruptcy Adv. Proc. No.  10-02016 |
| In re:<br><br>SK Foods, L.P.,  a California limited partnership, *et al.*,<br><br>           Debtors.<br><br>BRADLEY SHARP, Chapter 11 Trustee,<br><br>           Plaintiff,<br><br>v.<br><br>SCOTT SALYER, as trustee of the Scott Salyer Revocable Trust, *et al*.,<br><br>           Defendants. | Civ. No. S-11-1841 LKK<br><br><br>Bankruptcy Adv. Proc. No.  10-02014 |
| In re:<br><br>SK Foods, L.P.,  a California limited partnership, *et al.*,<br><br>           Debtors.<br><br>BRADLEY SHARP, Chapter 11 Trustee,<br><br>           Plaintiff,<br><br>v.<br><br>SSC FARMS 1, LLC, *et al*.,<br><br>           Defendants. | Civ. No. S-11-1842 LKK<br><br><br>Bankruptcy Adv. Proc. No.  09-02692 |

Substitution of Counsel and  Order Thereon
27019\2757743.1

1   In re:

2   SK Foods, L.P.,  a California limited
3   partnership, *et al.*,

4            Debtors.
                                              Civ. No. S-11-1845 LKK
5   BANK OF MONTREAL, as
    Administrative Agent, successor by
6   Assignment to Debtors SK Foods, L.P.
    and RHM Industrial Specialty Foods,      Bankruptcy Adv. Proc. No.  10-02015
7   Inc.,

8            Appellant,

9   v.

10  SCOTT SALYER, *et al*.,

11           Appellees.

12  In re:

13  SK Foods, L.P.,  a California limited
14  partnership, *et al.*,

15           Debtors.
                                              Civ. No. S-11-1847 LKK
16  BANK OF MONTREAL, as
17  Administrative Agent, successor by
    Assignment to Debtors SK Foods, L.P.
18  and RHM Industrial Specialty Foods,      Bankruptcy Adv. Proc. No.  09-02543
    Inc.,
19
             Appellant,
20
    v.
21
    CSSS, L.P.,
22
23           Appellee.

24

25

26

27

28

Substitution of Counsel and  Order Thereon
27019\2757743.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

In re:

SK Foods, L.P.,  a California limited partnership, *et al.*,

                  Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,

                  Appellant,

v.

CALIFORNIA FRANCHISE TAX BOARD, *et al.*,

                  Appellees.

In re:

SK Foods, L.P.,  a California limited partnership, *et al.*,

                  Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,

                  Appellant,

v.

CALIFORNIA FRANCHISE TAX BOARD, *et al.*,

                  Appellees.

Civ. No. S-11-1849 LKK


Bankruptcy Adv. Proc. No.  11-02339



Civ. No. S-11-1850 LKK


Bankruptcy Adv. Proc. No.  11-02339

Substitution of Counsel and  Order Thereon
27019\2757743.1

-4-

| | |
|---|---|
| In re:<br><br>SK Foods, L.P.,  a California limited partnership, *et al.*,<br><br>          Debtors.<br><br>BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,<br><br>          Appellant,<br><br>v.<br><br>CARY SCOTT COLLINS, *et al.*,<br><br>          Appellees. | Civ. No. S-11-1853 LKK<br><br><br>Bankruptcy Adv. Proc. No.  11-02340 |
| In re:<br><br>SK Foods, L.P.,  a California limited partnership, *et al.*,<br><br>          Debtors.<br><br>BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,<br><br>          Appellant,<br><br>v.<br><br>CARY SCOTT COLLINS, *et al.*,<br><br>          Appellees. | Civ. No. S-11-1855 LKK<br><br><br>Bankruptcy Adv. Proc. No.  11-02340 |

## SUBSTITUTION OF COUNSEL AND ORDER THEREON

Pursuant to Eastern District Local Rule 182(g), Scott Salyer, in his individual capacity and as trustee of the Scott Salyer Revocable Trust, substitute Farella Braun + Martel, LLP as their attorney of record, in place of Felderstein Fitzgerald Willoughby & Pascuzzi LLP and Segal &

Substitution of Counsel and  Order Thereon
27019\2757743.1

1   Kirby in the above-captioned matter.

2       Pursuant to Eastern District Local Rule 182(g), Defendants SKPM Corp., SK Foods, LLC,

3   SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, CSSS, LP, SKF

4   Aviation, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods,

5   LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC and SSC

6   Farms III, LLC hereby substitute Farella Braun + Martel, LLP as their attorney of record, in place

7   of Nageley Meredith & Miller, Inc. in the above-captioned matter.

8   Dated:  September 9, 2011

            _____*/s/  Scott Salyer*_____
9                                 SCOTT SALYER

10
    Dated:  September 9, 2011          SCOTT SALYER REVOCABLE TRUST
11

12                                     By:__*/s/  Scott Salyer*_____
                                          SCOTT SALYER, TRUSTEE
13

14  Dated:  September 9, 2011          SK PM CORP., SK FOODS, LLC, SKF CANNING, LLC,
                                       SKF AVIATION, LLC and BLACKSTONE RANCH
15                                     CORPORATION

16
                                       By:__*/s/  Scott Salyer*_____
17                                        SCOTT SALYER

18

19  Dated:  September 9, 2011          MONTEREY PENINSULA FARMS, SK FROZEN
                                       FOODS, LLC, CSSS, LP, SALYER MANAGEMENT
20                                     COMPANY, LLC, SK FARMS SERVICES, LLC, SS
                                       FARMS, LLC, SSC FARMING, LLC, SSC FARMS I,
21                                     LLC, SSC FARMS II, LLC and SSC FARMS III, LLC

22
                                       By:__*/s/  Robert Pruett*_____
23                                        ROBERT PRUETT, MANAGER

24

25

26

27

28

Substitution of Counsel and  Order Thereon
27019\2757743.1

1

2
     The above substitution is hereby accepted.

Dated:  September 9, 2011          FELDERSTEIN FITZGERALD
3
                                 WILLOUGHBY & PASCUZZI LLP

4
                                 By:__*/s/  Paul J. Pascuzzi*_____
5
                                    PAUL J. PASCUZZI

6

7
Dated:  September 9, 2011          SEGAL & KIRBY

8
                                 By:__*/s/  Malcom S. Segal*_____
9
                                    MALCOM S. SEGAL

10
Dated:  September 9, 2011          NAGELEY MEREDITH & MILLER, INC.

11
                                 By:__*/s/  Andrea M. Miller*_____
12
                                    ANDREA M. MILLER

13

14

15
     Farella Braun + Martel LLP hereby consents to the above substitution.

16
Dated:  September 9, 2011          FARELLA BRAUN & MARTEL LLP

17

18
                                 By:__*/s/  Kelly A. Woodruff*_____
                                    KELLY A. WOODRUFF
19
IT IS SO ORDERED.

20
Dated:   September 16, 2011

21

22

23
LAWRENCE K. KARLTON
SENIOR JUDGE
24
UNITED STATES DISTRICT COURT

25

26

27

28

Substitution of Counsel and  Order Thereon
27019\2757743.1