Richard S. E. Johns, SBN 053024
Law Offices of Richard S. E. Johns
57 Post Street, Suite 604
San Francisco, California 94104
(415) 781-8494

Attorneys for Appellees Stefanie A. Salyer, individually, Caroline G. Salyer, individually, the SAS 1999 Trust, the CGS 1999 Trust, the SAS 2007 Trust, the CGS 2007 Trust, and Robert Pruett, in his capacity as trustee of the SAS 1999 Trust, and in his capacity as trustee of the CGS 1999 Trust, and Cary Collins

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| BANK OF MONTREAL,<br><br>                                 Appellant,<br><br>v.<br><br>CALIFORNIA FRANCHISE TAX BOARD, *et al.,*<br><br>                                 Appellees.<br><br>**CAPTION CONTINUED ON NEXT PAGE** | District Court Case No. 11-CIV-01849 LKK<br><br>Bankruptcy Court Case No. 09-29162<br><br>Bankruptcy Adv. Proc. No. 11-02339<br><br>**ORDER GRANTING APPELLEES STEFANIE A. SALYER, CAROLINE G. SALYER, AND ROBERT PRUETT, IN HIS CAPACITY AS TRUSTEE OF THE SAS 1999 TRUST, AND IN HIS CAPACITY AS TRUSTEE OF THE CGS 1999 TRUST LEAVE TO FILE JOINDER IN APPELLEES' OMNIBUS BRIEF IN RESPONSE TO APPELLANT BANK OF MONTREAL'S OPENING BRIEF FILED DECEMBER 1, 2011** |

Order Granting Appellees' Request for Leave to File

1

| | |
|---|---|
| BANK OF MONTREAL, | District Court Case No. 11-CIV-01853 LKK |
| Appellant, | Bankruptcy Court Case No. 09-29162 |
| v. | Bankruptcy Adv. Proc. No. 11-02340 |
| CARY SCOTT COLLINS, *et al.,* | |
| Appellees. | |

The Court has reviewed APPELLEES' REQUEST FOR LEAVE TO FILE JOINDER IN APPELLEES' OMNIBUS BRIEF IN RESPONSE TO APPELLANT BANK OF MONTREAL'S OPENING BRIEF FILED DECEMBER 1, 2011, and good cause appearing therefore, grants leave to file the joinder in the Omnibus Brief filed in Bank of Montreal v. Scott Salyer, District Court Case No. 11-CIV-01845 LKK.  These Appellees will file and serve their joinder no later than four (4) days after the date of this order and will attach a copy of "APPELLEES' OMNIBUS BRIEF IN RESPONSE TO APPELLANT BANK OF MONTREAL'S OPENING BRIEF FILED DECEMBER 1, 2011," in which they seek to join.

IT IS SO ORDERED

DATED:  December 15, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT