1

2

3
                    UNITED STATES DISTRICT COURT
4
                    EASTERN DISTRICT OF CALIFORNIA
5

6  In re:

7  SK FOODS, L.P., a California
   limited partnership, et al.,
8
              Debtors.
9
   BRADLEY D. SHARP, Chapter 11
10 Trustee,

11            Appellant,

12            v.                        CIV. NO. S-11-1839 LKK

13 FRED SALYER IRREVOCABLE
   TRUST,
14
              Appellee.
15 _____/

16 In re:

17 SK FOODS, L.P., a California
   limited partnership, et al.,
18
              Debtors.
19
   BRADLEY D. SHARP, Chapter 11
20 Trustee,

21            Appellant,

22            v.                        CIV. NO. S-11-1840 LKK

23 SKF AVIATION, LLC, et al.,

24            Appellees.
   _____/
25 In re:

26

1  SK FOODS, L.P., a California
   limited partnership, et al.,
2
               Debtors.
3
   BRADLEY D. SHARP, Chapter 11
4  Trustee,

5              Appellant,

6              v.                          CIV. NO. S-11-1841 LKK

7  SCOTT SALYER, as trustee of
   the Scott Salyer Revocable
8  Trust, et al.,

9              Appellees.
   _____/
10 In re:

11 SK FOODS, L.P., a California
   limited partnership, et al.,
12
               Debtors.
13
   BRADLEY D. SHARP, Chapter 11
14 Trustee,

15             Appellant,

16             v.                          CIV. NO. S-11-1842 LKK

17 SSC FARMS 1, LLC, et al.,

18             Appellees.
   _____/
19 In re:

20 SK FOODS, L.P., a California
   limited partnership, et al.,
21
               Debtors.
22
   BANK OF MONTREAL, as
23 Administrative Agent, successor
   by Assignment to Debtors SK Foods,
24 L.P. and RHM Industrial
   Specialty Foods, Inc, a
25 California corporation, d/b/a
   Colusa County Canning Co.,
26

2

1          Appellant,

2                    v.                    CIV. NO. S-11-1845 LKK

3   SCOTT SALYER, et al.,

4          Appellees.
    _____/

5   In re:

6   SK FOODS, L.P., a California
    limited partnership, et al.,

7

8          Debtors.

    BANK OF MONTREAL, as
9   Administrative Agent, successor
    by Assignment to Debtors SK Foods,
10  L.P. and RHM Industrial
    Specialty Foods, Inc, a
11  California corporation, d/b/a
    Colusa County Canning Co.,

12

13         Appellant,

                     v.                    CIV. NO. S-11-1846 LKK
14
    INTERNAL REVENUE SERVICE, et al.,
15
           Appellees.
16  _____/

    In re:
17
    SK FOODS, L.P., a California
18  limited partnership, et al.,

19         Debtors.

20  BANK OF MONTREAL, as
    Administrative Agent, successor
21  by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
22  Specialty Foods, Inc, a
    California corporation, d/b/a
23  Colusa County Canning Co.,         CIV. NO. S-11-1847 LKK

24         Appellant,

25                   v.

26  CSSS, L.P.,

3

```
 1                Appellee.
   _____/
 2 In re:

 3 SK FOODS, L.P., a California
   limited partnership, et al.,
 4
                Debtors.
 5
   BANK OF MONTREAL, as
 6 Administrative Agent, successor
   by Assignment to Debtors SK Foods,
 7 L.P. and RHM Industrial
   Specialty Foods, Inc, a
 8 California corporation, d/b/a
   Colusa County Canning Co.,            CIV. NO. S-11-1849 LKK
 9
                Appellant,
10
                       v.
11
   CALIFORNIA FRANCHISE TAX
12 BOARD, et al.,

13              Appellees.
   _____/
14 In re:

15 SK FOODS, L.P., a California
   limited partnership, et al.,
16
                Debtors.
17
   BANK OF MONTREAL, as
18 Administrative Agent, successor
   by Assignment to Debtors SK Foods,
19 L.P. and RHM Industrial
   Specialty Foods, Inc, a
20 California corporation, d/b/a
   Colusa County Canning Co.,            CIV. NO. S-11-1850 LKK
21
                Appellant,
22
                       v.
23
   CALIFORNIA FRANCHISE TAX
24 BOARD, et al.,

25              Appellees.
   _____/
26
```

1   In re:

2   SK FOODS, L.P., a California
    limited partnership, et al.,
3
              Debtors.
4
    BANK OF MONTREAL, as
5   Administrative Agent, successor
    by Assignment to Debtors SK Foods,
6   L.P. and RHM Industrial
    Specialty Foods, Inc, a
7   California corporation, d/b/a
    Colusa County Canning Co.,                CIV. NO. S-11-1853 LKK
8
              Appellant,
9
                    v.
10
    CARY SCOTT COLLINS, et al.,
11
              Appellees.
12  _____/

13  In re:

14  SK FOODS, L.P., a California
    limited partnership, et al.,
15
              Debtors.
16
    BANK OF MONTREAL, as
17  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
18  L.P. and RHM Industrial
    Specialty Foods, Inc, a
19  California corporation, d/b/a
    Colusa County Canning Co.,                CIV. NO. S-11-1855 LKK
20
              Appellant,
21
                    v.
22                                            O R D E R
    CARY SCOTT COLLINS, et al.,
23
              Appellees.
24  _____/

25  ////

26  ////

                        5

1    The April 23, 2012 hearing on this appeal is removed from the

2 calendar.

3    The court notes that counsel for appellees, Farella Braun +

4 Martel LLP, has moved in the Bankruptcy Court to withdraw as

5 counsel and has similarly moved in some, but not all, of the

6 Bankruptcy Court appeals.  A hearing on that motion is scheduled

7 for April 30, 2012 in the Bankruptcy Court.

8    Counsel for appellees shall therefore file a letter with this

9 court no later than seven days from the date of this order advising

10 this court whether they seek a withdrawal from this appeal.

11    IT IS SO ORDERED.

12    DATED:  April 17, 2012.

13

14

15

16                        LAWRENCE K. KARLTON
                         SENIOR JUDGE
17                        UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26