UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

        Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

        Appellant,

          v.                      CIV. NO. S-11-1839 LKK

FRED SALYER IRREVOCABLE
TRUST,

        Appellee.
_____/

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

        Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

        Appellant,

          v.                      CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

        Appellees.
_____/

In re:

1    SK FOODS, L.P., a California
     limited partnership, et al.,
2
               Debtors.
3
     BRADLEY D. SHARP, Chapter 11
4    Trustee,

5              Appellant,

6              v.                          CIV. NO. S-11-1841 LKK

7    SCOTT SALYER, as trustee of
     the Scott Salyer Revocable
8    Trust, et al.,

9              Appellees.
     _____/
10   In re:

11   SK FOODS, L.P., a California
     limited partnership, et al.,
12
               Debtors.
13
     BRADLEY D. SHARP, Chapter 11
14   Trustee,

15             Appellant,

16             v.                          CIV. NO. S-11-1842 LKK

17   SSC FARMS 1, LLC, et al.,

18             Appellees.
     _____/
19   In re:

20   SK FOODS, L.P., a California
     limited partnership, et al.,
21
               Debtors.
22
     BANK OF MONTREAL, as
23   Administrative Agent, successor
     by Assignment to Debtors SK Foods,
24   L.P. and RHM Industrial
     Specialty Foods, Inc, a
25   California corporation, d/b/a
     Colusa County Canning Co.,
26

                                    2

1              Appellant,

2                   v.                          CIV. NO. S-11-1845 LKK

3  SCOTT SALYER, et al.,

4              Appellees.
   _____/

5  In re:

6  SK FOODS, L.P., a California
   limited partnership, et al.,

7
              Debtors.
8
   BANK OF MONTREAL, as
9  Administrative Agent, successor
   by Assignment to Debtors SK Foods,
10 L.P. and RHM Industrial
   Specialty Foods, Inc, a
11 California corporation, d/b/a
   Colusa County Canning Co.,

12
              Appellant,
13
                   v.                          CIV. NO. S-11-1846 LKK
14
   INTERNAL REVENUE SERVICE, et al.,
15
              Appellees.
16 _____/
   In re:
17
   SK FOODS, L.P., a California
18 limited partnership, et al.,

19            Debtors.

20 BANK OF MONTREAL, as
   Administrative Agent, successor
21 by Assignment to Debtors SK Foods,
   L.P. and RHM Industrial
22 Specialty Foods, Inc, a
   California corporation, d/b/a
23 Colusa County Canning Co.,          CIV. NO. S-11-1847 LKK

24            Appellant,

25                 v.

26 CSSS, L.P.,

                               3

1 |                Appellee.
  | _____/
2 | In re:

3 | SK FOODS, L.P., a California
  | limited partnership, et al.,
4 |
  |                Debtors.
5 |
  | BANK OF MONTREAL, as
6 | Administrative Agent, successor
  | by Assignment to Debtors SK Foods,
7 | L.P. and RHM Industrial
  | Specialty Foods, Inc, a
8 | California corporation, d/b/a
  | Colusa County Canning Co.,                    CIV. NO.  S-11-1849 LKK
9 |
  |                Appellant,
10 |
  |                    v.
11 |
  | CALIFORNIA FRANCHISE TAX
12 | BOARD, et al.,

13 |                Appellees.
  | _____/
14 | In re:

15 | SK FOODS, L.P., a California
  | limited partnership, et al.,
16 |
  |                Debtors.
17 |
  | BANK OF MONTREAL, as
18 | Administrative Agent, successor
  | by Assignment to Debtors SK Foods,
19 | L.P. and RHM Industrial
  | Specialty Foods, Inc, a
20 | California corporation, d/b/a
  | Colusa County Canning Co.,                    CIV. NO.  S-11-1850 LKK
21 |
  |                Appellant,
22 |
  |                    v.
23 |
  | CALIFORNIA FRANCHISE TAX
24 | BOARD, et al.,

25 |                Appellees.
  | _____/
26 |

1    In re:

2    SK FOODS, L.P., a California
     limited partnership, et al.,
3
              Debtors.
4
     BANK OF MONTREAL, as
5    Administrative Agent, successor
     by Assignment to Debtors SK Foods,
6    L.P. and RHM Industrial
     Specialty Foods, Inc, a
7    California corporation, d/b/a
     Colusa County Canning Co.,                CIV. NO. S-11-1853 LKK
8
              Appellant,
9
                   v.
10
     CARY SCOTT COLLINS, et al.,
11
              Appellees.
12   _____/

13   In re:

14   SK FOODS, L.P., a California
     limited partnership, et al.,
15
              Debtors.
16
     BANK OF MONTREAL, as
17   Administrative Agent, successor
     by Assignment to Debtors SK Foods,
18   L.P. and RHM Industrial
     Specialty Foods, Inc, a
19   California corporation, d/b/a
     Colusa County Canning Co.,                CIV. NO. S-11-1855 LKK
20
              Appellant,
21
                   v.
22                                             O R D E R
     CARY SCOTT COLLINS, et al.,
23
              Appellees.
24   _____/

25   ////

26   ////

                                    5

1   The court is in receipt of a letter from counsel for
2   appellees, Farella Braun + Martel LLP, stating that it does not
3   seek to withdraw as counsel from this appeal.  Accordingly, the
4   Trustee's appeal shall be heard on June 4, 2012 at 10:00 a.m. in
5   this court.
6       IT IS SO ORDERED.
7       DATED:  May 8, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

6