UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

SK FOODS, L.P., a California
limited partnership,

        Debtors.
_____/

BRADLEY D. SHARP, et al.,

        Plaintiffs,

           v.                    CIV. NO. S-11-1839 LKK

FRED SALYER IRREVOCABLE
TRUST, et al.,

        Defendants.
_____/

In re:

SK FOODS, L.P., a California
limited partnership,

        Debtors.
_____/

BRADLEY D. SHARP, et al.,

        Plaintiffs,

           v.                    CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

        Defendants.
_____/

In re:

SK FOODS, L.P., a California
limited partnership,

           Debtors.
_____/
BRADLEY D. SHARP, et al.,

           Plaintiffs,

              v.                    CIV. NO. S-11-1841 LKK

SCOTT SALYER, as trustee of
the Scott Salyer Revocable
Trust, et al.,

           Defendants.
_____/
In re:

SK FOODS, L.P., a California
limited partnership,

           Debtors.
_____/
BRADLEY D. SHARP, et al.,

           Plaintiffs,

              v.                    CIV. NO. S-11-1842 LKK

SSC FARMS 1, LLC, et al.,

           Defendants.
_____/
In re:

SK FOODS, L.P., a California
limited partnership,

           Debtors.
_____/
BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,

1           Appellant,

2                 v.                    CIV. NO. S-11-1845 LKK

3    SCOTT SALYER, et al.,

4           Appellees.
     _____/

5    In re:

6    SK FOODS, L.P., a California
     limited partnership,

7
            Debtors.
8    _____/

     BANK OF MONTREAL, as
9    Administrative Agent, successor
     by Assignment to Debtors SK Foods,
10   L.P. and RHM Industrial
     Specialty Foods, Inc, a
11   California corporation, d/b/a
     Colusa County Canning Co.,

12
            Appellant,
13
                 v.                    CIV. NO. S-11-1846 LKK
14
     INTERNAL REVENUE SERVICE, et al.,
15
            Appellees.
16   _____/

     In re:
17
     SK FOODS, L.P., a California
18   limited partnership, et al.,

19          Debtors.

20   BANK OF MONTREAL, as
     Administrative Agent, successor
21   by Assignment to Debtors SK Foods,
     L.P. and RHM Industrial
22   Specialty Foods, Inc, a
     California corporation, d/b/a
23   Colusa County Canning Co.,        CIV. NO. S-11-1847 LKK

24          Appellant,

25               v.

26   CSSS, L.P.,

                          3

1              Appellee.
   _____/
2  In re:

3  SK FOODS, L.P., a California
   limited partnership, et al.,
4
              Debtors.
5
   BANK OF MONTREAL, as
6  Administrative Agent, successor
   by Assignment to Debtors SK Foods,
7  L.P. and RHM Industrial
   Specialty Foods, Inc, a
8  California corporation, d/b/a
   Colusa County Canning Co.,          CIV. NO. S-11-1849 LKK
9
              Appellant,
10
                   v.
11
   CALIFORNIA FRANCHISE TAX
12 BOARD, et al.,

13            Appellees.
   _____/
14 In re:

15 SK FOODS, L.P., a California
   limited partnership, et al.,
16
              Debtors.
17
   BANK OF MONTREAL, as
18 Administrative Agent, successor
   by Assignment to Debtors SK Foods,
19 L.P. and RHM Industrial
   Specialty Foods, Inc, a
20 California corporation, d/b/a
   Colusa County Canning Co.,          CIV. NO. S-11-1850 LKK
21
              Appellant,
22
                   v.
23
   CALIFORNIA FRANCHISE TAX
24 BOARD, et al.,

25            Appellees.
   _____/
26

                          4

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

       Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,          CIV. NO. S-11-1853 LKK

       Appellant,

         v.

CARY SCOTT COLLINS, et al.,

       Appellees.
_____/

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

       Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,          CIV. NO. S-11-1855 LKK

       Appellant,

         v.

CARY SCOTT COLLINS, et al.,

       Appellees.
_____/

////

////

IN RE:

SK FOOD, L.P.,

         Debtor.

BRADLEY D. SHARP, Chapter 11
Trustee,

         Plaintiff,             CIV NO. S-12-775 LKK

            v.

SSC FARMS 1, LLC, et al.,

         Defendants.
_____/

IN RE:

SK FOODS, L.P.,

         Debtor.

SCOTT SALYER, et al.,         CIV. NO. S-11-2987 LKK

         Appellants,

            v.

SK FOODS, L.P., et al.,

         Appellees.
_____/

IN RE:

SK FOODS, L.P., a California
limited partnership,

         Debtor.

CARY COLLINS and COLLINS &
ASSOCIATES,

         Appellants,         CIV. NO. S-12-0655 LKK

            v.

BRADLEY D. SHARP, Chapter 11
Trustee,
         Appellee.
_____/

6

1  IN RE:

2  SK FOODS, L.P., a California
   limited partnership, et al.,

3
           Debtors.

4  SSC FARMS 1, LLC, et al.,

5
           Appellants,                    CIV. NO. S-12-0894 LKK

6
              v.

7
   BRADLEY SHARP, et al.,                        O R D E R

8
           Appellees.

9  _____/

10      The court hereby orders as follows:

11      1.   The following motions, currently scheduled for May 21,

12  2012, are hereby **RE-SCHEDULED** for June 4, 2012 at 10:00 a.m. in

13  Courtroom 4:

14          Civ. No. 2:12-894[1]
            Civ. No. 2:11-2987[2]

15
   The May 21, 2012 hearing date is hereby **VACATED**.

16
        2.   The following matters will also be heard on June 4, 2012

17
   (as currently scheduled):[3]

18
            Civ. No. 2:11-1839

19          Civ. No. 2:11-1840
            Civ. No. 2:11-1841

20          Civ. No. 2:11-1842
            Civ. No. 2:11-1845

21  _____

22      [1]  Motions by SSC Farming relating to Order Compelling
   Production from Collins and Collins & Associates; Farella Braun +

23  Martel LLP's motion to withdraw as counsel.

24      [2]  Trustee's appeal of order approving compromise; Farella
   Braun + Martel LLP's motion to withdraw as counsel.

25
        [3]  Trustee's appeals of orders staying proceedings, and motions

26  to strike.

1        Civ. No. 2:11-1846
         Civ. No. 2:11-1847
2        Civ. No. 2:11-1849
         Civ. No. 2:11-1850
3        Civ. No. 2:11-1853
         Civ. No. 2:11-1855
4
5        3.   The following motion will also be heard on June 4, 2012

6   (as currently scheduled):

         Civ. No. 2:12-775[4]
7

8        IT IS SO ORDERED.

9        DATED:  May 15, 2012.

10

11

12

13              LAWRENCE K. KARLTON
                SENIOR JUDGE
14              UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25  ─────────────────
         [4] Motions by Collins and Collins and Associates, relating to
26  Order Compelling Production from Collins and Collins & Associates.

                                8