1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9
    In re:
10
    SK FOODS, L.P., a California
11  limited partnership,

12            Debtors.
    _____/
13  BRADLEY D. SHARP, et al.,

14            Plaintiffs,

15                  v.                              CIV. NO. S-11-1839 LKK

16  FRED SALYER IRREVOCABLE
    TRUST, et al.,
17
              Defendants.
18  _____/
    In re:
19
    SK FOODS, L.P., a California
20  limited partnership,

21            Debtors.
    _____/
22
    BRADLEY D. SHARP, et al.,
23
              Plaintiffs,
24
                    v.                              CIV. NO. S-11-1840 LKK
25
    SKF AVIATION, LLC, et al.,
26
              Defendants.
    _____/

1  In re:

2  SK FOODS, L.P., a California
   limited partnership,

3
            Debtors.
4  _____/
   BRADLEY D. SHARP, et al.,

5
            Plaintiffs,

6
                 v.                          CIV. NO. S-11-1841 LKK

7
   SCOTT SALYER, as trustee of
8  the Scott Salyer Revocable
   Trust, et al.,

9
            Defendants.
10 _____/
   In re:
11
   SK FOODS, L.P., a California
12 limited partnership,

13          Debtors.
   _____/
14 BRADLEY D. SHARP, et al.,

15          Plaintiffs,

16               v.                          CIV. NO. S-11-1842 LKK

17 SSC FARMS 1, LLC, et al.,

18          Defendants.
   _____/
19 In re:

20 SK FOODS, L.P., a California
   limited partnership,

21
            Debtors.
22 _____/
   BANK OF MONTREAL, as
23 Administrative Agent, successor
   by Assignment to Debtors SK Foods,
24 L.P. and RHM Industrial
   Specialty Foods, Inc, a
25 California corporation, d/b/a
   Colusa County Canning Co.,

26

                                2

1              Appellant,

2                    v.                          CIV. NO. S-11-1845 LKK

3   SCOTT SALYER, et al.,

4              Appellees.
    _____/

5   In re:

6   SK FOODS, L.P., a California
    limited partnership,

7
               Debtors.

8   _____/
    BANK OF MONTREAL, as

9   Administrative Agent, successor
    by Assignment to Debtors SK Foods,

10  L.P. and RHM Industrial
    Specialty Foods, Inc, a

11  California corporation, d/b/a
    Colusa County Canning Co.,

12
               Appellant,

13
                     v.                         CIV. NO. S-11-1846 LKK

14
    INTERNAL REVENUE SERVICE, et al.,

15
               Appellees.

16  _____/
    In re:

17
    SK FOODS, L.P., a California

18  limited partnership, et al.,

19             Debtors.

20  BANK OF MONTREAL, as
    Administrative Agent, successor

21  by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial

22  Specialty Foods, Inc, a
    California corporation, d/b/a

23  Colusa County Canning Co.,                  CIV. NO. S-11-1847 LKK

24             Appellant,

25                   v.

26  CSSS, L.P.,

                            3

1            Appellee.
   _____/
2  In re:

3  SK FOODS, L.P., a California
   limited partnership, et al.,
4
             Debtors.
5
   BANK OF MONTREAL, as
6  Administrative Agent, successor
   by Assignment to Debtors SK Foods,
7  L.P. and RHM Industrial
   Specialty Foods, Inc, a
8  California corporation, d/b/a
   Colusa County Canning Co.,              CIV. NO. S-11-1849 LKK
9
             Appellant,
10
                  v.
11
   CALIFORNIA FRANCHISE TAX
12 BOARD, et al.,

13           Appellees.
   _____/
14 In re:

15 SK FOODS, L.P., a California
   limited partnership, et al.,
16
             Debtors.
17
   BANK OF MONTREAL, as
18 Administrative Agent, successor
   by Assignment to Debtors SK Foods,
19 L.P. and RHM Industrial
   Specialty Foods, Inc, a
20 California corporation, d/b/a
   Colusa County Canning Co.,              CIV. NO. S-11-1850 LKK
21
             Appellant,
22
                  v.
23
   CALIFORNIA FRANCHISE TAX
24 BOARD, et al.,

25           Appellees.
   _____/
26

                                   4

1  In re:

2  SK FOODS, L.P., a California
   limited partnership, et al.,

3
              Debtors.

4
   BANK OF MONTREAL, as
5  Administrative Agent, successor
   by Assignment to Debtors SK Foods,
6  L.P. and RHM Industrial
   Specialty Foods, Inc, a
7  California corporation, d/b/a
   Colusa County Canning Co.,                    CIV. NO. S-11-1853 LKK

8
              Appellant,

9
                    v.

10
   CARY SCOTT COLLINS, et al.,

11
              Appellees.
12  _____/
   In re:

13
   SK FOODS, L.P., a California
14  limited partnership, et al.,

15            Debtors.

16  BANK OF MONTREAL, as
   Administrative Agent, successor
17  by Assignment to Debtors SK Foods,
   L.P. and RHM Industrial
18  Specialty Foods, Inc, a
   California corporation, d/b/a
19  Colusa County Canning Co.,                   CIV. NO. S-11-1855 LKK

20            Appellant,

21                  v.

22  CARY SCOTT COLLINS, et al.,

23            Appellees.                         O R D E R
   _____/

24

25  ////

26  ////

1  **I.   BACKGROUND**

2        On  June  28,  2011,  the  Bankruptcy  Court  implemented  this

3  court's December 10, 2010 and April 14, 2011 remand orders[1] by

4  issuing stays in the above-referenced adversary proceedings.  This

5  court's remand order, in turn, was predicated upon the pendency of

6  the federal criminal prosecution against F. Scott Salyer,[2] and the

7  factors set forth in <u>Keating v. Office of Thrift Supervision</u>, 45

8  F.3d 322, 324 (9th Cir. 1995).

9        Salyer has now pled "guilty" in his criminal case, although

10 the case is still pending, with sentencing yet to be determined.

11 The <u>Keating</u> factors therefore do not appear to weigh in favor of

12 a continued stay, especially those factors relating to the public

13 interest  in  protecting  the  constitutionally  protected  right  of

14 presumed innocence, and the obligation of proof, which falls only

15 on the prosecution.

16       The court is aware that Salyer pled guilty under a procedure

17 that permits him to withdraw his guilty plea if this court rejects

18 the plea agreement reached by the prosecution and the defense.[3]

19 The court is also aware, however, that both the government and

20 Salyer are represented by highly competent counsel who know far

21 more about this criminal case than does the court, including the

22 respective likelihoods of success at trial.  The remote chance that

23

24       [1] <u>See</u> <u>SSC Farms I, LLC v. Sharp</u>, 11-cv-1492-LKK (Dkt. Nos. 56 and 74).

25       [2] <u>See</u> <u>U.S. v. Salyer</u>, 10 Cr. 61 (E.D. Cal.).

26       [3] <u>See</u> Fed. R. Crim. P. 11(c)(3) & 11(c)(5)(B).

1    this court would reject the sentencing range under these conditions

2    does not appear sufficient to justify a continued stay of the

3    Bankruptcy Court proceedings.

4         Accordingly, these matters are remanded to the Bankruptcy

5    Court with instructions to vacate the stays, or to explain why the

6    stays should remain in place in light of Salyer's guilty pleas.

7         IT IS SO ORDERED.

8         DATED:   June 6, 2012.

9

10

11   _____

12   LAWRENCE K. KARLTON
     SENIOR JUDGE
13   UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26